**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Antoine Demetrius LUNDY, a/k/a Buff, Defendant-Appellant.**

No. 17-6994

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 28, 2017

Antoine Demetrius Lundy, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Demetrius Lundy seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion.*

---

* The district court's order also denied Lundy's

motion for a reduction in sentence. Because

The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims, is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Lundy has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

Lundy does not challenge that ruling, he has forfeited appellate review of that portion of

the district court's order. *See* 4th Cir. R. 34(b).